IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr147

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JORGE MARICIO VASQUEZ | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for re-sentencing pursuant to Fed. R. Crim. P. 12(b)(3). (Doc. No. 56).

The defendant claims that the Court lacked jurisdiction to impose sentence based on its own finding of drug quantity, as opposed to an admission by the defendant or jury determination. (Doc. No. 56: Motion at 5). The Fourth Circuit has already determined that the Court properly held the defendant responsible for at least five kilograms of cocaine based on his plea to conspiring to possess with intent to distribute that amount of drugs. (Doc. No. 52: Opinion at 4). The instant motion is insufficient to upset that determination.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: October 24, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: October 24, 2008

Robert J. Conrad, Jr.
Chief United States District Judge